

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00608-CV

**CONVERSE RANCH, LLC,**
Appellant

v.

**SERVICE UNIFORM,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016-CV-03729
Honorable Walden Shelton, Judge Presiding

# O R D E R

    Appellees' motion for extension of time to file their brief is granted. We order the brief due December 20, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court